UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 13 80 032 MISC

| | |
|---|---|
| Theodore SHOVE,<br><br>                Petitioner,<br><br>    v.<br><br>Kevin CHAPPELL,<br>Warden of San Quentin State Prison,<br><br>                Respondent. | Case Number 3-13-mc-_____-CRB<br><br>DEATH-PENALTY CASE<br><br>ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

Petitioner was convicted and sentenced to death in Los Angeles Superior Court. *See People v. Shove*, No. S161909 (Cal. filed Mar. 20, 2008). This capital habeas action therefore should be heard in the Central District of California. N.D. Cal. Habeas L.R. 2254-22(a); C.D. Cal. L.R. 83-17.5(a). Accordingly, this action is hereby transferred to the District Court for the Central District of California. "The Clerk immediately shall advise the Clerk of Court" of the Central District. N.D. Cal. Habeas L.R. 2254-22(c).

*It is so ordered.*

DATED: February 21, 2013

CHARLES R. BREYER
United States District Judge